IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD, | No. C-90-03576 MHP (EDL) |
| Plaintiff, | **ORDER SETTING MEET AND CONFER DEADLINE** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | |
| Defendants. / | |

On September 11, 2007, the Court held a hearing on Plaintiffs' Renewed Challenge Regarding Abstract Cards, and ordered the parties to meet and confer in the Court's jury room to reach a resolution of this matter. After conferring, the parties reached a resolution and the Court ordered the parties to file a joint proposed order setting forth the parties' agreement.

The parties could not agree on the content of the order. On September 27, 2007, Defendants filed a proposed order, and Plaintiff filed objections to that proposed order asking for more time to meet and confer. To the extent that the current dispute centers on Plaintiff's ability to submit further FOIA requests for abstract cards, the Court notes that at the September 11, 2007 hearing, Plaintiff's counsel unequivocally stated: "There is no intention to seek any more abstracts," and "[Plaintiff] has waived his right to seek further abstracts." See Def.'s Proposed Order, Hearing Tr. at 18:25-19:1; 19:5-6; see also Id. at 19:13-16 (Plaintiff stated that he is bound by his counsel's statements).

Accordingly, no later than October 3, 2007, the parties shall meet and confer regarding the proposed order, and no later than October 10, 2007, the parties shall submit a joint proposed order to the Court. The Court strongly encourages the parties to agree on the content of the order, but if there

//

//

is a good faith dispute, each party shall submit a proposed order with an explanation of the parties' disagreement.

**IT IS SO ORDERED.**

Dated: September 28, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge