UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. | No. C. 90-3576, 85-1709, 85-2247-MHP (EDL)<br><br>Related Case No. C 07-3240-EMC<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT (Rule 58)** |

//

Defendants' motion for entry of final judgment was heard on March 9, 2012 before the Honorable Judge Edward Chen. Appearing for plaintiff was James Wheaton, First Amendment Project; appearing for defendants was Peter Wechsler, United States Department of Justice.

The Court has considered the memoranda of law, the evidence and all matters submitted at the hearing. Good cause appearing, the Court hereby issues the following RULINGS and ORDER.

These three cases (No. C 85-1709, 85-2247, and 90-3576-MHP), which were filed by plaintiff Seth Rosenfeld commencing in 1985 and were consolidated, were settled in 1996 and were closed at that time. See order dated May 22, 1996 in No. C 90-3576 [# 82]. At a status conference in a related case (No. C 07-3240-EMC), the Court directed the Clerk of Court to reassign these three cases to the Hon. Edward Chen for any future proceedings. See civil minutes dated November 7, 2011 [# 125].

Under the settlement agreement, which was approved and entered as a court order, all matters relating to enforcement of the agreement were referred to the Hon. Elizabeth Laporte. Agreement, ¶ 6(d). After the FBI complied with the Court's orders on plaintiff's 2006 challenges to the FBI's compliance with the agreement, see order dated February 6, 2007 in No. C 90-3576 [# 108], plaintiff filed a motion requesting a case management conference, seeking leave to assert

[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT

further challenges to the FBI's compliance [# 135].  At a status conference held on January 24, 2012, Magistrate Judge Laporte denied plaintiff's request to file further challenges, and directed the FBI to file its motion for entry of final judgment before Judge Chen.  <u>See</u> minute order in No. C 85-2247-MHP/EL [# 169].

In accordance with the settlement agreement, pursuant to Fed. R. Civ. P. 58, the Court therefore orders the entry of FINAL JUDGMENT, dismissing these cases WITH PREJUDICE.

DATED: \_\_\_\_March 16\_\_\_\_, 2012

SO ORDERED. *

_____
EDWARD M. CHEN
United States District Judge



*Plaintiff shall have 90 days from the date of this Order within which to file a motion for attorney's fees.

[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT        -2-