David A. Greene (CA State Bar No. 160107)
Roger M. Myers (CA State Bar No. 146164)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
roger.myers@bryancave.com
david.greene@bryancave.com

James R. Wheaton, (CA State Bar No. 115230)
Lowell Chow, (CA State Bar No. 273856)
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
lchow@thefirstamendment.org

Attorneys for Plaintiff
SETH ROSENFELD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>                    Defendants. | CASE NO. 90-3576 EMC<br>and<br>CASE NO. 85-1709 EMC<br>CASE NO. 85-2247 EMC<br><br>**THIRD DECLARATION OF DAVID GREENE, FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br>[5 U.S.C. §552(a)(4)(E)(i)]<br><br>Date:   July 13, 2012<br>Time:  1:30 PM<br>Judge:  The Hon. Edward M. Chen<br>Courtroom 5, 17th Floor |

///

I, DAVID GREENE, hereby declare as follows:

1. I am an attorney licensed to practice law in the state of California. I am currently counsel with Bryan Cave LLP. From 1999 through July 31, 2011, I was executive director and staff counsel of First Amendment Project ("FAP"). Effective August 1, 2011, I left First Amendment Project and joined Holme, Roberts & Owen LLP as senior counsel. Effective January 1, 2012, Holme Roberts & Owen LLP combined with Bryan Cave LLP. In these capacities, I have served as one of the attorneys of record in this matter for defendant Seth Rosenfeld.

2. This declaration is submitted in support of Mr. Rosenfeld's Motion for Attorneys' Fees and Costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i). I make this declaration from my own personal knowledge and if called as a witness would competently testify to the facts stated herein.

3. Until my departure from First Amendment Project, I was, with James Wheaton, one of the attorneys responsible for representing Mr. Rosenfeld in this matter. I was the principal author on the papers filed with the court, and I supervised the FAP staff attorneys, law student interns and administrative staff who assisted on this matter.

4. My work on this matter included the following:

    a. Factual and background research on Rosenfeld's FOIA requests, the Settlement Agreement and the FBI's compliance with the Settlement Agreement;

    b. Preparation of the Challenge and Renewed Challenge and corresponding reply pleadings;

    c. Legal and factual research regarding abstract cards and regulations governing the retrieval of records from the Washington National Records Center;

    d. Attendance at hearings on the challenges; and

    e. Management of records received from FBI and other agencies.

6. Because of my familiarity with the case, Bryan Cave has now associated back into the case for the purposes of this fee motion. As of June 7, 2012, I have spent 21.0 hours drafting the fee motion, reviewing Mr. Rosenfeld's declaration, and drafting this declaration. A true and correct copy of my time records as of June 7, 2012 are attached hereto as **Exhibit A**. I expect that I will spend

2

THIRD DECLARATION OF DAVID GREENE,
FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS
Case Nos. 90-3576 EMC; 85-1709 EMC; 85-2247 EMC

1. additional time writing the reply papers. I will submit a supplemental declaration to the Court to account for this time.

7. I have over twenty years' experience litigating First Amendment matters in state and federal courts. I am a 1991 graduate of Duke University School of Law and clerked for the Hon. Allen T. Compton of the Alaska Supreme Court. I practiced civil litigation with Hancock, Rothert & Bunshoft from 1992 to 1997, litigating many First Amendment and other cases in both the trial and appellate courts.  From 1997 to 1999, I was the Program Director for the National Campaign for Freedom of Expression in Washington, D.C.  Among my duties there was to assist in the preparation of amicus briefs to courts across the country in high profile First Amendment cases. I joined FAP in 1999, first as staff counsel and later also became executive director. During my tenure at FAP, I litigated numerous First Amendment cases including civil liberties actions, SLAPPs, and public records suits. In 1993, I argued *DVD Copy Control Association v. Bunner* in the California Supreme Court. I have also briefed and argued several other cases before the Ninth Circuit and California Courts of Appeal, including FOIA and other public records cases, and co-wrote the highly influential brief on behalf of amicus curiae J.M. Coetzee et al. in *In re George T*., 33 Cal. 4th 620 (2004).

8. I am a frequent commentator on First Amendment issues on television, radio and in print and am recognized nationally as a leading expert on freedom of artistic expression. I have lectured frequently on this and other issues. I am an adjunct professor at the University of San Francisco School of Law and an instructor in the Journalism Department at San Francisco State University teaching mass communications law. I have also taught as an adjunct professor at Golden Gate University. I have published numerous scholarly and lay articles on First Amendment issues, including most recently *The Need for Expert Testimony to Prove Lack of Serious Artistic Value in Obscenity Cases*, 10 Nexus: A Journal of Opinion (2005); *Why Protect Political Art as "Political Speech"*, 27:2   Hastings Communications and Entertainment Law Journal; and *Trade Secrets, the First Amendment and the Challenges of the Internet Age*, 23:3   Hastings Communications and Entertainment Law Journal, and as a contributor to *Censorship: A World Encyclopedia* (London: Fitzroy-Dearborn 2002).

9. I currently serve on several professional boards including the Society for Professional Journalists-Northern California Freedom of Information Committee, the steering committees of the Free Expression Network and the Free Expression Policy Project, the governing committee of the ABA Forum on Communications Law, and on the advisory boards of arts organizations across the country. In addition, I am a founding member of the Internet Free Expression Alliance. My current curriculum vitae is attached hereto as **Exhibit B**.

10. My fee rate for this matter since January 1, 2011 has been $550 per hour. My previous rate of $525 per hour was in effect from June 1, 2010 through the end of that year. From January 1, 2009 through May 31, 2010, my fee rate was $500 per hour. My 2008 rate was $475 per hour. My 2007 rate was $460 per hour. My 2006 rate was $425 per hour.

11. My 2009 rate of $500 per hour was found to be reasonable by Judge Beth Labson Freeman in *Moreland LLC v. Old Republic Title Co.*, San Mateo Superior Court case no. civ-487714, and affirmed by the Court of Appeal in *Legacy Quest v. Rosen*, no. A129177 (Cal. Ct. App., January 27, 2012). That rate was previously conceded to be reasonable by the State of California in *Whyte v. Department of Justice*, Kern Superior Court case no. S-1500-CV-244826, SPC. My 2008 rate of $475 per hour was found to be reasonable by Judge Yvette Palazuelos in *5th St. Loft, LLC v. Jordan*, Los Angeles Superior Court case no. BC 392796. My 2005 rate of $375 was found to be reasonable by Judge Manuel Real in *Marina Point Development Associates v. United States*, and Judge Lisa Guy-Schall in *Gregory Canyon, Ltd. v. Pala Band of Mission Indians*, San Diego Superior Court no. GIN029059, and conceded to be reasonable by the City of San Francisco in *Waterkeepers v. City and County of San Francisco*, San Francisco Superior Court no. CPF-02-501511 and by the State of California in *Brown v. California Department of Transportation*. My prior rate of $280 per hour, charged in 2002, was found to be reasonable by Judge Irving Feffer in *Haneberg v. Dolinger*, Los Angeles Superior Court no. BC 256737; and by Judge Joe S. Gray in *Montague v. Moore*, Sacramento Superior Court no. 01AS06016, each in mid-2002.

///

///

4

THIRD DECLARATION OF DAVID GREENE,
FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS
Case Nos. 90-3576 EMC; 85-1709 EMC;  85-2247 EMC

I declare under the penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Dated: June 7, 2012 in San Francisco, California.

David A. Greene

# Exhibit A

Bryan Cave HRO

June 7, 2012

First Amendment Project

Page 1
Invoice No.   867554
Client No.    58135
Matter No.    00010

Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/30/12 | DAG | Telephone conference with client regarding 90 cases fee motion; review materials to prepare fee motion. | 0.75 | 412.50 |
| 05/31/12 | DAG | Draft fee motion for challenges to settlement compliance. | 5.50 | 3,025.00 |
| 06/01/12 | DAG | Draft 90 cases fee motion. | 6.25 | 3,437.50 |
| 06/04/12 | DAG | Further drafting of fee motion for challenges to compliance with settlement agreement. | 2.25 | 1,237.50 |
| 06/05/12 | DAG | Review Rosenfeld's declaration in support of fee motion (challenges); further revisions to fee motion. | 3.75 | 2,062.50 |
| 06/06/12 | DAG | Review draft Rosenfeld declaration and exhibits; review records released for fee motion; draft declaration in support of fee motion. | 1.50 | 825.00 |
| 06/07/12 | DAG | Review latest version of fee motion; finalize fee motion, declaration and exhibits for filing. | 1.0 | 550.00 |

1

#79958 v1 saf

# Exhibit B

**DAVID A. GREENE**
BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105
415-268-2000
david.greene@bryancave.com

## EMPLOYMENT

**BRYAN CAVE LLP**, San Francisco, CA (August 2011 to present)
**Counsel.** Represent and counsel clients on First Amendment, freedom of information, free press, and anti-SLAPP matters.

**FIRST AMENDMENT PROJECT**, Oakland, CA (July 1999 to July 2011)
**Executive Director/Lead Staff Counsel.** Provided direct legal representation to clients including trial and appellate litigation, including first chair bench trial experience in state and federal courts, extensive motion practice, and appellate advocacy before California Supreme Court and Courts of Appeal, and Ninth Circuit; managed staff attorneys, interns and volunteer attorneys; directed all functions of nonprofit organization promoting rights of free speech, free press and free petition for core constituency of activists, journalists and artists including development, program planning and administration, and organizational and financial management; planned and administered legal, educational and advocacy programs; managed relations with Board of Directors; oversaw compliance with legal requirements for nonprofit organizations; coordinated participation in national and local coalitions of civil liberties organizations; oversaw advice hotline; write scholarly and opinion pieces on freedom of expression issues; represented organization to print and broadcast media; managed office and staff.

**UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW**, San Francisco, CA (June 2005 to present)
**Adjunct Professor.** Teach "First Amendment Law" and "Law of Mass Communication and the Press"
**Visiting Professor**, East China University of Politics and Law (May 2011)

**SAN FRANCISCO STATE UNIVERSITY**, San Francisco, CA (August 2002 to present)
**Instructor.** Teach "Mass Communications Law" to undergraduate journalism students.

**GOLDEN GATE UNIVERSITY**, (San Francisco, CA) (April to August 2000)
**Adjunct Professor.** Developed curriculum and syllabus for and taught "Persuasion, Negotiation and Mediation."

**NATIONAL CAMPAIGN FOR FREEDOM OF EXPRESSION**, Washington, DC (May 1997 to Jan. 1999)
**Program Director.** Provided grass roots and media advocacy support to artists and arts organizations facing challenges to freedom of artistic expression; planned and administered educational programs; coordinated coalition building on national and local levels; served as primary author and general editor of *NCFE Quarterly* and *NCFE Handbook;* provided resources and expertise to attorneys litigating free speech cases; represented organization at conferences and panel discussions, and to print and broadcast media; oversaw organizational participation in national coalitions; managed office and staff; assisted executive director with organizational management, planning, and development.

**HANCOCK, ROTHERT & BUNSHOFT**, San Francisco, CA (Nov. 1992 to Apr. 1997)
**Attorney.** Practiced appellate and trial litigation in state and federal courts including First Amendment and civil rights, employment discrimination, general and products liability, maritime and environmental coverage law.

**ALASKA SUPREME COURT**, Anchorage, AK (Sept. 1991 to Sept. 1992)
**Law Clerk to Justice Allen T. Compton.**

## LEADERSHIP POSITIONS IN PROFESSIONAL AND VOLUNTEER ORGANIZATIONS

**ABA FORUM ON COMMUNICATIONS LAW**, Governing Board; Chair, Teach Media Law Committee*;*
**FREE EXPRESSION NETWORK,** Steering Committee; **FREE EXPRESSION POLICY PROJECT**, Advisory Board;
**SOCIETY OF PROFESSIONAL JOURNALISTS, NOR. CAL. CHAPTER**, Freedom of Information Committee

## PROFESSIONAL HONORS

**Certificate of Recognition, California State Senate (2011)**
**James Madison Freedom of Information Award, Legal Counsel (2007)**

DAVID A. GREENE
[page 2]

**EDUCATION**

**DUKE UNIVERSITY SCHOOL OF LAW,** Durham, North Carolina                                J.D. with high honors, Order of the Coif (1991)                                Notes Editor, *Alaska Law Review*

**LEHIGH UNIVERSITY,** Bethlehem, Pennsylvania
B.S. Environmental Science & Resource Management, with high honors, Phi Beta Kappa (1987)


**PUBLICATIONS**

Legal

"The Need for Expert Testimony to Prove Lack of Serious Artistic Value in Obscenity Cases," 10 *NEXUS: A Journal of Opinion* (2005)

"Why Protect Political Art as 'Political Speech'?" 27:2 *Hastings Communications and Entertainment Law Journal* (Winter 2005)

"Trade Secrets, The First Amendment and the Challenges of the Internet Age," 23:3 *Hastings Communications and Entertainment Law Journal* (Spring 2001)

Book Review: "Not in Front of the Children: 'Indecency,' Censorship and the Innocence of Youth," 10 *Boston University Public Interest Law Journal* 360 (Spring 2001)

"Investigative Stops in Alaska: Can *Coleman* Survive a Multifactored Balance?" 7 *Alaska Law Review* 381 (December 1990)


Books and Collections

"Piss Christ," *Censorship: A World Encyclopedia* (London: Fitzroy Dearborn (2002))

"National Campaign for Freedom of Expression," *Censorship: A World Encyclopedia* (London: Fitzroy Dearborn (2002))

*NCFE Handbook to Understanding, Preparing for, and Responding to Challenges to Your Freedom of Artistic Expression* (Washington, DC: 1998) [principal author]

Foreword, *Banned Books: Literature Suppressed on Sexual Grounds* (New York: Facts on File, Inc. 1998)

Periodicals

"Artistic Expression: Freedom of Expression," *Vision Magazine* May 2005

*National Campaign for Freedom of Expression Quarterly* Summer 1997 through Winter 1998
[principal writer and general editor]

"NEA Four Decision Deconstructed," *FYI* Fall 1998 vol. 14 no.3

"Esperanza Sues to Regain San Antonio Funding, And Claims Retaliation After City Denies Funding For Second Consecutive Year," *MAIN: Media Arts Information Network* Fall 1998

"Out North not alone: The culture war is headed for the courts," *Anchorage Press* August 20- 26, 1998

DAVID A. GREENE
[page 3]

## COLLEGE AND UNIVERSITY LECTURES

University of San Francisco, San Francisco, CA (October 2009)
Lecture on Legal Issues Regarding the Teaching of Evolution to Evolution, Faith & Reason seminar

University of California, Hastings College of Law, San Francisco, California (March 2009)
Lecture on Contemporary Issues in Public Interest First Amendment Law to mass media law seminar

Golden Gate University School of Law, San Francisco, CA (March 2007)
Lecture on SLAPPs to Environmental Law & Justice Clinic class

California State University-East Bay, Hayward, California (May 2005)
Lecture on obscenity law to undergraduate media law class

San Francisco State University, San Francisco, California (October 2004)
Lecture on Privacy Law to Law and Regulation of Electronic Media class

San Francisco State University, San Francisco, California (August 2004)
Lecture on media law to student editors and advisors

Santa Clara University, Santa Clara, California (May 2004)
Lecture on obscenity law to undergraduate media law class

Santa Clara University School of Law, Santa Clara, California (April 2004)
Lecture on art censorship and FCC indecency regulation to advanced constitutional law seminar

Academy of Art University, San Francisco, California (February 2004)
Lecture on freedom of artistic expression to popular culture class

San Francisco State University, San Francisco, California (May 2002)
Lecture on freedom of expression of sexual material to human sexuality class

San Francisco State University, San Francisco, California (February 2002)
Lecture on free press rights to student publications editors, contributors and advisors

Santa Clara University, Santa Clara, California (November 2000)
Lecture on obscenity law to undergraduate media law class

Johnson State College, Johnson, Vermont (October 1998)
General audiences lecture, lectures to political science and sociology classes

Richard Stockton College, Pomona, New Jersey (May 1998)
Lectures to law, political science, and criminology classes

Lebanon Valley College, Lebanon, Pennsylvania (April 1998)
Lecture to philosophy class

Eastern Tennessee State University, Johnson City, Tennessee (February 1998)
General audiences lecture, lectures to art classes

Skagit Valley College, Mount Vernon, Washington (November 1997)
Lecture to art censorship class

DAVID A. GREENE
[page 4]

**PANEL DISCUSSIONS AND SYMPOSIA**

"Stand up. Sit down. Speak out! State of the First Amendment," Dominican University, San Rafael, CA (March 2012)

"Censorship in the Arts: A Trend or Just a Passing Fad," San Francisco, CA (February 2011)

Moderator, "Corporate Personhood: The First Amendment Rights of Corporations in the Wake of *Citizens United*," USF Law Review Spring 2011 Symposium: "Democracy, Inc? Corporate Expenditures and the Future of Campaign Finance Law," San Francisco, CA (February 2011)

"Student Journalists and the Law," Society of Professional Journalists, Western Regional Conference (April 2010)

"Copyright in the Digital Age," FOTOVISION, Berkeley, CA (April 2009)

"Banned and Re-covered: Literary Works on Trial," African American Museum and Library And Museum at Oakland, Oakland, CA (November 2008)

"Freedom of Information and Environmental Law: Recent Developments and Future Controversies,"   2008 California State Bar Environmental Section, Environmental Law Institute at Yosemite, Fish Camp, CA (October 2008)

"Student Press Law Update" and "Protecting Confidential Sources," Associated Collegiate Press National College Newspaper Convention, San Francisco, CA (February 2008)

"The Legal Landscape of Street Shooting," FOTOVISION, Berkeley, CA (July 2007)

"Intellectual Freedom: A Panel Discussion on Censorship," Redwood City, CA (March 2007)

"What Journalists Can Learn From the Josh Wolf Case," City College of San Francisco (November 2006)

"Protecting Unpublished Materials," San Francisco State University (September 2006)

"Access to Public Meetings," California First Amendment Coalition Free Speech and Open Government Assembly, Berkeley, CA (September 2006)

"National Security and the Press," UC Hastings Con. L. Quarterly, San Francisco, CA (March 2006)

"Political Art During Times of War," UC Berkeley Extension, San Francisco, CA (November 2005)

"Provocation: An Evening Celebrating Artistic Freedom," Creative Coalition, San Francisco, CA (October 2005)

"Using the California Public Records Act in Environmental Litigation." 2005 Environmental Law Conference at Yosemite, Fish Camp, CA (October 2005)

"*Daily Journal Extra* State of the Law: The First Amendment," Los Angeles, California (May 2005)

"The First Amendment and Freedom of the Press," Los Medanos College, Pittsburg, California (April 2005)

"Vandals: Artworks addressing the interface between art and vandalism, censorship and first amendment rights," Thacher Gallery, University of San Francisco, San Francisco, California (January 2005)

"Regulation of Indecency on Television, Radio and the Internet," and "Freedom of Expression," Exotic Erotic Ball, San Francisco, California (October 2004)

"Freedom of Speech: What are the Limits in a Private, Independent School?" Academy of Art University, San Francisco, California (October 2004)

**PANEL DISCUSSIONS AND SYMPOSIA (con't)**

"Media Law Primer," California College Media Association Editors Workshop, San Francisco, California (September 2004)

"Lewd Electrons: A Disturbance in the Air: Decency Versus Freedom of Expression on the Airwaves," Family Farr Side, Woodside, California (August 2004)

Featured Speaker, "Beachhead: The Arts in Defense of Dissent," San Francisco, California (August 2004)

Featured Speaker, Radio & Television News Director Association (Northern California) Newsmaker Luncheon, San Francisco, California (July 2004)

"Indecency and the First Amendment: Has the FCC Gone Too Far?" Commonwealth Club InFORUM, San Francisco, California (June 2004)

"SLAPP Me Silly: Does This Make Any Sense?" State Bar Education Foundation Environmental Law Section Private Enforcement Conference, Oakland, California (June 2004)

"Protecting Confidential Sources," Society of Professional Journalists-Northern California Salon, San Francisco, California (February 2004)

Keynote Address, "Celebrating the Brown Act," City College of San Francisco (November 2003)

What You Need to Know About Public Records and Open Meetings in California, San Jose, California (September 2003)

Uniting Privacy and the First Amendment in the 21st Century, Oakland, California (May 2003)

A Critical Analysis of War Coverage, CCSF Press Club, San Francisco, California (May 2003)

*Nike v. Kasky*, Northern California Independent Booksellers Association Spring Workshop, San Francisco, California (April 2003)

"The Right to Know," Ohlone College Contemporary Communications Conference, Fremont, California (March 2003)

Moderator, "Free Speech and Youth," OpenGov02 Conference, San Jose, California (October 2002)

Moderator/Panelist, "SLAPP Suit Basics: Protecting the Right of Public Participation," OpenGov02 Conference, San Jose, California (October 2002)

Moderator, "SLAPPed! Recent Developments in State and Federal SLAPP Cases and Tactics," 2001 Environmental Law Conference at Yosemite, Fish Camp, California (October 2001)

"Minors and Arts Censorship," Social Theory, Politics and the Arts Conference, San Francisco, California (October 2001)

"Rethinking the Social Impact of Digital Media," Cyber Arts X Conference, San Francisco, California (September 2001)

Moderator, "Dissecting the 'Harmful to Minors' Rationale," Commonwealth Club, San Francisco, California (June 2001)

"Artistic Freedom: Rights and Responsibilities," San Francisco Art Institute (August 2001)

**PANEL DISCUSSIONS AND SYMPOSIA (con't)**

Moderator, "Gore, Blood & Guts: Free Speech Issues for Violence in Film," California First Amendment Coalition First Amendment Assembly, Fullerton, California (October 2000)

"Free Expression Issues in Arts and Technology," Santa Clara Law University School of Law (April 2000)

"Privacy Rights," World Affairs Conference Human Rights Symposium, Upper Canada College, Toronto, Canada (March 2000)

"Arts Activism, Censorship, and Freedom Of Expression," National Performance Network Annual Meeting, San Francisco, California (December 13, 1998)

"Censors Working Overtime," Institute of Contemporary Art, Boston, Massachusetts (November 12, 1998)

"Shouting Fire in the Theater and Other Art Spaces," Out North Contemporary Art House, Anchorage, Alaska (August 19, 1998)

"The Future of Arts Funding After the NEA 4," National Association of Artists' Organizations Conference, Chicago, Illinois (May 1, 1998)

"Who Chooses What You See?" Albany Center Galleries, Albany, New York (April 16, 1998)

"Contained/Controlled: A Dialogue on Censorship," Southeast College Art Committee Conference, Richmond, Virginia (October 23, 1997)