David A. Greene (CA State Bar No. 160107)
Roger M. Myers (CA State Bar No. 146164)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
roger.myers@bryancave.com
david.greene@bryancave.com

James R. Wheaton, (CA State Bar No. 115230)
Lowell Chow, (CA State Bar No. 273856)
FIRST AMENDMENT PROJECT
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA 94612
Phone: (510) 208-7744
Facsimile: (510) 208-4562
wheaton@thefirstamendment.org
lchow@thefirstamendment.org

Attorneys for Plaintiff
SETH ROSENFELD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ROSENFELD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | CASE NO. 90-3576 EMC<br>and<br>CASE NO. 85-1709 EMC<br>CASE NO. 85-2247 EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS** |

This matter came on for hearing before the Court on July 13, 2012, on Plaintiff's motion for an award of attorneys' fees and costs. Having given full consideration to all of Plaintiff's papers, evidence, and relevant authorities, all of Defendants' responses thereto, and the oral presentations of

1

1  counsel, and with good cause appearing, in accordance with Fed. R. Civ. P. 54(d) and the Freedom
2  of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(E), it is hereby **ORDERED**:
3     1.   That Plaintiff's motion for an award of attorneys' fees and costs is **GRANTED**;
4     2.   Defendant shall pay Plaintiff attorneys' fees in the amount of **$156,088.49**; and
5     3.   Defendant shall compensate Plaintiff for costs in the amount of **$2,075.83**.

7  IT IS SO ORDERED.

10 Dated: _____              _____

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS
Case Nos. 90-3576 EMC; 85-1709 EMC; 85-2247 EMC